### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

TERENCE MOSES,

                Plaintiff,

vs.

PHOENIX CREDIT, LLC,

                Defendant.

Case No. 09-CV-724-GKF-FHM

## OPINION AND ORDER

Plaintiff's Amended Motion to File Surreply [Dkt. 32] is GRANTED.

Plaintiff is permitted to file a Surreply not to exceed 5 pages for the sole purpose of addressing the authorities cited in Defendant's reply brief, [Dkt. 28]: *Cooter & Gell v. Hartmarx Corp.*, 496 U.S. 3841 (1990) and *Smith v. Phillips*, 881 F.2d 902 (10th Cir. 1989).

The surreply brief is due on or before the 1st day of June, 2010.

SO ORDERED this 11th day of May, 2010.

*Frank H. McCarthy*
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE